Case 1:15-cr-20140-DLG   Document 40   Entered on FLSD Docket 06/29/2015   Page 1 of 2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 15-20140-CR-GRAHAM

**UNITED STATES OF AMERICA**

vs.

**DOMENICK JAGNE,**

        **Defendant.**

_____/

## UNITED STATES OF AMERICA'S WITNESS LIST

The United States of America, by and through the undersigned Assistant United States Attorney, respectfully submits the following list of witnesses it may call during the trial of the above-captioned matter[1]:

1. Corey Couto, Officer, Miami Police Department

2. John Blackerby, Sergeant, Miami Police Department

3. Casey E. Dutro, Special Agent, Bureau of Alcohol, Tobacco, Firearms, and Explosives

4. Tamira Horn, Special Agent, Bureau of Alcohol, Tobacco, Firearms, and Explosives

---

[1] Based upon the proposed stipulations of the parties, the United States has limited its witness list.

The United States reserves the right to add or delete witnesses as may be necessary during trial.

Respectfully submitted,<br>
WIFREDO A. FERRER<br>
UNITED STATES ATTORNEY

By:   /s/Matthew J. Langley
Matthew J. Langley
Assistant United States Attorney
Florida Bar No. 97331
99 Northeast 4th Street, 6th floor
Miami, Florida 33132-2111
Tel: (305) 961-9123
Fax: (305) 530-7976

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 29, 2015 a true and correct copy of the foregoing was filed with the Clerk of Court using CM/ECF.

/s/Matthew J. Langley
Matthew J. Langley
Assistant United States Attorney