# United States District Court
## SOUTHERN DISTRICT OF FLORIDA

**United States of America v. Domenick Jagne**

WITNESS AND EXHIBIT LIST

CASE NUMBER: 15-20140-CR-GRAHAM

| PRESIDING JUDGE<br>Hon. Donald L. Graham | ASSISTANT UNITED STATES ATTORNEY<br>Matthew Langley/Gera Peoples | DEFENDANTS' ATTORNEYS<br>Christy O'Connor |
|---|---|---|
| TRIAL DATE(S)<br>July 8, 2015 | COURT REPORTER | COURTROOM DEPUTY<br>Clara Foster |

| USA. NO. | DEF. NO. | DATE OFFERED | DATE ADMITTED | WITNESS | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| 1 | | | | | Google Maps Image of Crime Scene Location |
| 2A-H | | | | | Photographs of the Crime Scene, Defendant, Firearm, and Ammunition |
| 3 | | | | | Florida Uniform Traffic Citation Issued To Domenick Jagne |
| 4A-B | | | | | FN (Fabrique Nationale de Herstal) Baby, .25 caliber handgun, serial #176862 and four rounds of PMC .25 caliber ammunition |
| 5 | | | | | Stipulation that defendant Domenick Jagne was convicted, in a court, of a crime punishable by imprisonment for a term of more than one year, that is, a felony offense and has not received a pardon, applied for clemency, or otherwise restored his right to own, possess or use firearms or ammunition. |
| 6 | | | | | 2005 Certified Conviction for Unlawful Possession of a Concealed Weapon |
| 7 | | | | | Photograph of FN (Fabrique Nationale de Herstal) Baby, .25 caliber handgun, serial #176862 |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.