UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 15-20140-CR-GRAHAM

UNITED STATES OF AMERICA,

                    Plaintiff,

vs.

DOMENICK JAGNE,

                    Defendantwe

_____/

QUESTION/NOTE FROM THE DELIBERATING
JURY TO THE COURT

Could we please request the transcript of
the Officer's testimony?

Foreperson                                    7/9/15 12:14pm
                                              Date/Time

**\*WHEN TRIAL CONCLUDES/RETURN ALL NOTES AND RESPONSES TO THE CLERK\***

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 15-20140-CR-GRAHAM

UNITED STATES OF AMERICA,

Plaintiff,

vs.

DOMENICK JAGNE,

Defendantwe

_____/

QUESTION/NOTE FROM THE DELIBERATING
JURY TO THE COURT

To meet the definition of constructive possession, does one need to see the gun being physically disgaurded by the defendant?

_____
Foreperson

7/9/15 2:20pm
Date/Time

**\*WHEN TRIAL CONCLUDES/RETURN ALL NOTES AND RESPONSES TO THE CLERK\***

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-20140-CR-GRAHAM

UNITED STATES OF AMERICA,

     Plaintiff,

v.

DOMENICK JAGNE,

     Defendant.
_____/

THE COURT'S RESPONSE TO
_JURORS' QUESTION_

Ladies and Gentlemen of the Jury:


    As you are aware, the definition of "constructive possession" is found on page 10 of your instructions.

    The evidence needed to prove "constructive possession" is an issue you and you alone must determine.

    As we discussed, I serve as the judge of the law, you serve as the judge of the facts.  I can only advise you of the law.  Factual questions must be decided by you, the members of the jury. In this regard, you may desire to re-read the instruction on page 4 "Consideration – Direct and Circumstantial Evidence; Argument by Counsel; Comments by the Court."

    Keep in mind you must read all of the instructions as a whole. You may not single out or disregard and of the instructions.

Date: July 9, 2015

Time: 2:58 p.m

_____
DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 15-20140-CR-GRAHAM

UNITED STATES OF AMERICA,

                    Plaintiff,

vs.

DOMENICK JAGNE,

                    Defendantwe

_____/

QUESTION/NOTE FROM THE DELIBERATING
JURY TO THE COURT

We cannot come to a concensus
with a verdict.

_____          7/9/15  3:31pm
Foreperson                                Date/Time

*WHEN TRIAL CONCLUDES/RETURN ALL NOTES AND RESPONSES TO THE CLERK*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 15-20140-CR-GRAHAM

UNITED STATES OF AMERICA,

                    Plaintiff,

vs.

DOMENICK JAGNE,

                    Defendantwe

_____/

QUESTION/NOTE FROM THE DELIBERATING
JURY TO THE COURT

At this time, we still can not come to an unanimous decision.

_____        7/9/15   4:45pm
Foreperson                              Date/Time

**\*WHEN TRIAL CONCLUDES/RETURN ALL NOTES AND RESPONSES TO THE CLERK\***